UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ALFRED DEGUIRE III,

                Plaintiff,


    -against-                            Civil Case No.: 13-cv-1188(GTS/CFH)


DAVIES OFFICE REFURBISHING, INC.,
and WILLIAM DAVIES

                Defendants.
_____

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF ALBANY     )

    ADRIEN LABELLE, being duly sworn, deposes and says that:

1. I am not a party to the action, am over 18 years of age and reside in Albany, New York.

2. On October 1, 2013, I served a true copy of Plaintiff Alfred Deguire's Summons and Complaint along with General Order # 25 by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the Defendants' counsel at the address below, who agreed to accept service on behalf of Davies Office Refurbishing, Inc., and William Davies:

    Robert P. Heary
    Hiscock & Barclay, LLP
    1100 M&T Center
    3 Fountain Plaza,
    Buffalo, New York 14203

                                                _____
                                                Adrien LaBelle

Sworn to before me this
1st day of October, 2013.

_____
Notary Public, State of New York

Scott P. Quesnel
Notary Public # 02QU6162338
Qualified in Albany County
My commission expires 03/12/2015