UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**ALFRED DEGUIRE, III,**

       *Plaintiff,*

 -*vs.*-

**DAVIES OFFICE REFURBISHING, INC.,
and WILLIAM DAVIES,**

       *Defendants.*

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

Civil Case No.
1:13-CV-1188 (GTS/CFH)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the parties in the above-entitled action, that the action be, and the same hereby is, discontinued with prejudice and without costs to any party as against the other, and that this Stipulation may be filed with the Clerk of the Court without further notice.

**DATED:** November 10, 2014

| | |
|---|---|
| **GIRVIN FERLAZZO, P.C** | **HISCOCK & BARCLAY, LLP** |
| By: /s/ Scott P. Quesnel | By: /s/ Robert P. Heary |
|     Scott P. Quesnel (513710) |     Robert P. Heary (511321) |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 20 Corporate Woods Boulevard | 1100 M&T Center |
| Albany, NY 12211 | Buffalo, NY 14203 |
| Telephone: (518) 462-0300 | Telephone: (716) 566-1300 |
| Facsimile: (518) 462-5037 | Facsimile: (716) 566-1301 |
| E-mail: spq@girvinlaw.com | E-mail: rheary@hblaw.com |

8534025.1